Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Law Offices of Peter Strojnik
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>PALIGROUP MANAGEMENT LLC,<br><br>Defendant. | Case No: 2:23-cv-07366-SVW-AJR<br><br>**NOTICE OF SETTLEMENT** |

Please take notice this case has settled.

DATED this 13th day of March, 2024.

_____
Peter Kristofer Strojnik
Counsel for Plaintiff